■ ANTOINETTE ERDMANN, Respondent-Appellant, v THOMAS C. BRADY, Appellant-Respondent. [718 NYS2d 911] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Howe, J. (Appeals from Order of Supreme Court, Erie County, Howe, J.—Summary Judgment.) Present—Green, J. P., Hayes, Hurlbutt, Kehoe and Balio, JJ.